UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 30, 2017 **Time:** 4:23-5:33 pm **Judge:** Edward J. Davila

**Total Time:** 1 hr. 10 mins.

**Case No.**: 13-cr-00750-EJD-1 **Case Name:** UNITED STATES v. Yujen Chen(P)(NC)

**Attorney for Plaintiff:** Jeffrey Nedrow

**Attorney for Defendant:** Robert Carlin

**Deputy Clerk:** Adriana M. Kratzmann **Court Reporter:** Irene Rodriguez

**Interpreter:** Shan Tsen(Mandarin) **Probation Officer:** Kyle Pollak

## PROCEEDINGS – SENTENCING

Defendant present and out of custody and assisted by the Mandarin language Interpreter. Hearing held.
The Court sentenced the defendant as follows:
**The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of 75 months; the term consists of 51 months on Ct. 1 of the Indictment and 24 months on Count 24 of the Indictment and this term shall be served consecutively to the term of 51 months on Ct. 1 of the Indictment.**
**Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years; the term consists of 3 years on Ct. 1 of the Indictment and 1 year on Ct. 24 of the Indictment, to be served concurrently with each other, for a total term of 3 years.** The Court adopted the Probation Officer's recommendations re standard and special conditions of release. **(See Judgment for Specifics)**
$200 Special Assessment fee imposed and due immediately;
No fine imposed.
The defendant's self-surrender date is to be determined at the restitution hearing on 3/2/2017.
The Court makes the following recommendation to the Bureau of Prisons: that the Defendant be housed as close to the San Francisco Bay Area as possible, in a Camp or Low-Level Facility because the case did not involve any violence.

Adriana M. Kratzmann
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

The determination of restitution is deferred until 3/2/2017 at 1:30 pm. An Amended Judgment will be entered after such determination.
The Government made an oral motion to dismiss Cts. 2 through 23 of the Indictment against this defendant. The Court granted the motion and ordered Cts. 2 through 23 of the Indictment DISMISSED as to this defendant.

**CASE CONTINUED TO: March 2, 2017 1:30 P.M. for Hearing as to Restitution.**

Adriana M. Kratzmann
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**