STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Email: robert_carlin@fd.org

Counsel for Defendant
YUJEN CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YUJEN CHEN,<br><br>Defendant. | No. CR 13-00750-001-EJD<br><br>**STIPULATION REGARDING DATE OF VOLUNTARY SURRENDER; ~~[PROPOSED]~~ ORDER** |

Defendant YUJEN CHEN ("Mr. Chen") and the government, through their respective counsel, Assistant Federal Public Defender Robert Carlin, and Assistant United States Attorney Jeffrey Nedrow, stipulate and agree, subject to the Court's approval, that Mr. Chen should be ordered to self surrender to the facility designated by the Bureau of Prisons ("BOP") on May 4, 2017, to commence the sentence imposed by the Court on January 30, 2017.

Mr. Chen was released on his own recognizance at his initial appearance on December 5, 2013, and has since remained under United States Pretrial Services supervision without any problems. Mr. Chen resides with and is the primary care giver for his 98-year-old mother, and he is currently making arrangements for her long term care, a task he would like to complete prior to

commencing the sentence of 75 months imprisonment that the Court imposed on January 30, 2017.

Accordingly, the parties respectfully request that Mr. Chen be permitted to voluntarily surrender to the designated BOP facility on May 4, 2017.

It is so stipulated.

Date: February 24, 2017

__________/S/________________
ROBERT CARLIN
Assistant Federal Public Defender

Date: February 24, 2017

__________/S/________________
JEFFREY NEDROW
Assistant United States Attorney

~~[Proposed]~~ **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the defendant, YUJEN CHEN, shall surrender to the facility designated by the Bureau of Prisons ("BOP") on May 4, 2017, to commence the sentence imposed by this Court on January 30, 2017.

Dated: 2/27/2017

____________________________
HON. EDWARD J. DAVILA
United States District Judge