UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** March 30, 2017 **Time:** 2:03-2:31 pm **Judge:** Edward J. Davila

**Total Time:** 28 mins.

**Case No.**: 13-cr-00750-EJD-1 **Case Name:** UNITED STATES v. Yujen Chen(P)(NC)

**Attorney for Plaintiff:** Jeffrey Nedrow

**Attorney for Defendant:** Robert Carlin

**Deputy Clerk:** Adriana M. Kratzmann **Court Reporter:** Irene Rodriguez

**Interpreter:** Daniel Hsueh(Mandarin) **Probation Officer:** Kyle Pollak

## PROCEEDINGS – HEARING RE RESTITUTION

Defendant present and out of custody and assisted by the Mandarin language Interpreter. Hearing held. The Court heard counsel's presentations regarding what the amount of restitution should be total and disbursed as to the individual victims. The Government had filed UNDER SEAL a Revised Exhibit A which provided a listing of the victims information and amounts of restitution.
The Court ordered that the defendant WILL NOT be ordered to pay interest on the restitution.
Also, the Court requested that the Probation Officer check on the restitution which needs to be adjusted which relates to the 2 vehicles at issue the BMWx5 and the Mercedes Benz and if those amounts related to those vehicles should be deducted from the restitution.

The Probation Officer shall prepare a memorandum as to the findings of possible adjustment of the restitution by 4/14/2017.
The Court will hold off on ordering restitution and will determine if a hearing will be required after it has reviewed the memorandum.
Once the restitution is finalized then an Amended Judgment shall be filed.

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**